UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYNETTE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24 CV 1298 CDP |
| ) | |
| UTILITY WORKERS OF AMERICA, ) | |
| LOCAL 640, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This case was dismissed without prejudice on October 25, 2024, because plaintiff's complaint, which was nothing more than a one-page list of phrases with no supporting factual allegations whatsoever, failed to state a claim. ECF 9, 10. Plaintiff now asks the Court to reopen this closed case, claiming she did not know it had been removed to federal court. ECF 11. The docket sheet reflects that plaintiff was served with all pleadings, including the notice of removal, by defendant, and that she received copies of all filings, including Orders, from the Court. Moreover, plaintiff's motion does nothing to cure the deficiencies in her pleading – namely, that the Court is still unable to discern the nature of plaintiff's claims or asserted basis for relief. Plaintiff has therefore failed to present any basis for reconsideration of the Court's prior determination that this case should be dismissed without prejudice for failure to state a claim.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen case [11] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2025.